| | |
|---|---|
| SUPREME COURT, STATE OF COLORADO<br>ORIGINAL PROCEEDING IN DISCIPLINE BEFORE<br>THE OFFICE OF THE PRESIDING DISCIPLINARY JUDGE<br>1300 BROADWAY, SUITE 250<br>DENVER, CO 80203 | |
| **Complainant:**<br>THE PEOPLE OF THE STATE OF COLORADO | Case Number:<br>**20PDJ039** |
| **Respondent:**<br>ROBERT J. CORRY JR., #32705 | |
| **ORDER APPROVING CONDITIONAL ADMISSION OF MISCONDUCT**<br>**AND IMPOSING SANCTIONS UNDER C.R.C.P. 251.22** | |

Before the Presiding Disciplinary Judge ("the Court") is a "Stipulation, Agreement and Affidavit Containing the Respondent's Conditional Admission of Misconduct" filed by Jacob M. Vos, Office of Attorney Regulation Counsel ("the People"), and Robert J. Corry Jr. ("Respondent") on November 6, 2020. In their stipulation, the parties waive their right to a hearing under C.R.C.P. 251.22(c).

Upon review of the case file and the stipulation, the Court **ORDERS:**

1.      The stipulation is **APPROVED.**

2.      **ROBERT J. CORRY JR.,** attorney registration number **32705** is **SUSPENDED** from the practice of law for a period of **ONE YEAR AND ONE DAY.**

3.      Respondent violated Colo. RPC 1.4(a)(4); Colo. RPC 1.4(b); Colo. RPC 1.5(a); Colo. RPC 1.7(a)(2); Colo. RPC 1.8(i); Colo. RPC 1.9(a); Colo. RPC 1.15A(a); Colo. RPC 1.15D(a)(1)(A); Colo. RPC 1.16(a); Colo. RPC 1.16(d); Colo. RPC 3.4(c); Colo. RPC 8.4(b); and Colo. RPC 8.4(d).

4.      Respondent **SHALL** promptly comply with C.R.C.P. 251.28(a)-(c), concerning winding up of affairs, notice to parties in pending matters, and notice to parties in litigation.

5.      No later than fourteen days after the effective date of the suspension, Respondent **SHALL** comply with C.R.C.P. 251.28(d), requiring an attorney to file an affidavit with the Court setting forth pending matters and attesting, *inter alia*, to notification of clients and of other jurisdictions where the attorney is licensed.

6.      Under C.R.C.P. 251.32, Respondent shall pay costs incurred in conjunction with this matter in the amount of $257.00 within thirty-five days of the date of this order. Costs

are payable to the Colorado Supreme Court Attorney Regulation Office. Statutory interest shall accrue from thirty-five days after the date of this order. Should Respondent fail to pay the aforementioned costs within thirty-five days, Respondent will be responsible for all additional costs and expenses, including reasonable attorney's fees, incurred by the People in collecting the above-stated amount. The People may seek to amend the amount of the judgment for additional costs and expenses by providing a motion and bill of costs to the Court.

7.      The Court **VACATES** the hearing scheduled for December 14-18, 2020. The Court also **VACATES** the prehearing conference scheduled for November 30, 2020.

**THIS ORDER IS ENTERED THE 13TH DAY OF NOVEMBER, 2020. THE EFFECTIVE DATE OF THE SUSPENSION IS THE 13TH DAY OF NOVEMBER, 2020.**

WILLIAM R. LUCERO
PRESIDING DISCIPLINARY JUDGE

**Respondent**
Robert J. Corry Jr.
600 – 17th Street Penthouse Suite 2800 South Tower
Denver, CO 80202
rob@robcorry.com                    **Via Email**

**Office of Attorney Regulation Counsel**
Jacob M. Vos
1300 Broadway, Suite 500
Denver, CO 80203
j.vos@csc.state.co.us               **Via Email**

**American Bar Association**
c/o Kevin Hanks
Office of Attorney Regulation Counsel
1300 Broadway, Suite 500
Denver, CO 80203
k.hanks@csc.state.co.us             **Via Email**

**Board of Continuing Legal Education and**
**Colorado Attorney Registration**
Elvia Mondragon
Office of Attorney Registration
1300 Broadway, Suite 510
Denver, CO 80203
e.mondragon@csc.state.co.us         **Via Email**

**Colorado Bar Association**
Amy Larson, Executive Director
1900 Grant Street, Suite 950
Denver, CO 80203-4309
alarson@cobar.org                   **Via Email**

**Colorado Supreme Court**
Cheryl Stevens
2 East 14th Avenue
Denver, CO 80203
cheryl.stevens@judicial.state.co.us
heather.petercarroll@judicial.state.co.us
liz.cunningham@judicial.state.co.us  **Via Email**

**IRS, Office of Professional Responsibility**
Kathy Gibbs
SE: OPR, 1111, Constitutional Ave., N.W.
Washington, DC 20224
kathy.a.gibbs@irs.gov               **Via Email**

**Martindale-Hubbell**
Attn: Editorial Dept.
121 Chanlon Road, Suite 110
New Providence, NJ 07974
disciplinaryaction@lexisnexis.com   **Via Email**

**Supreme Court of the United States**
Perry Thompson, Admissions Office
1 First Street Northeast
Washington, D.C. 20543
pthompson@supremecourt.gov
ptadmit@supremecourt.gov            **Via Email**

**United States Bankruptcy Court**
Laura Guice
721 19th Street, Room 117
Denver, CO 80202-2508
laura_guice@cob.uscourts.gov
cobml_training@cob.uscourts.gov     **Via Email**

**United States Court of Appeals for the Tenth Circuit**
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257
disciplinaryorders@ca10.uscourts.gov  **Via Email**

**United States District Court, District of Colorado**
Alfred A. Arraj U.S. Courthouse
Mark Fredrickson, Atty Services Coordinator
901 19th Street, Room A-105
Denver, CO 80294-3589
mark_fredrickson@cod.uscourts.gov
edward_butler@cod.uscourts.gov      **Via Email**

**United States Department of Justice,**
**Executive Office for Immigration Review**
*Office of the General Counsel*
Allison Minor, Disciplinary Counsel
5107 Leesburg Pike, Suite 2600
Falls Church, VA 22041
lea.minor@usdoj.gov                 **Via Email**

**United States Department of Justice, Trustee's Office**
Gregory Garvin, Assistant U.S. Trustee
999 18th Street, Suite 1551
Denver, CO 80202
gregory.garvin@usdoj.gov            **Via Email**