FILED
United States Court of Appeals
Tenth Circuit

December 22, 2020

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

In re: ROBERT J. CORRY, JR,

Attorney

No. 20-810

_____

**ORDER**

_____

This matter is before the court following expiration of the time period within which attorney Robert J. Corry, Jr. was allowed to respond to the court's disciplinary show cause order, issued as a result of his suspension from the practice of law in the State of Colorado. The court concludes that Mr. Corry should be and is suspended from appearing before this Court for a period of time coterminous with the suspension ordered by the Colorado Supreme Court.

Mr. Corry's name shall be stricken from this court's attorney admission roster. Readmission to practice in this court is conditioned upon the filing of an application that (1) demonstrates good cause why Mr. Corry should be readmitted, (2) includes evidence showing that Mr. Corry has been returned to good standing within the Colorado state court system, and (3) otherwise complies with the applicable provisions of this court's Plan for Attorney Disciplinary Enforcement, which can be found in

Addendum III to the Tenth Circuit Rules.

        Entered for the Court
        CHRISTOPHER M. WOLPERT, Clerk

        */s/ Jane K. Castro*

        by: Jane K. Castro
           Chief Deputy Clerk