**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Chris M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

December 22, 2020

Re: 20-810, *In re: Corry*

A COPY OF THE ATTACHED ORDER HAS BEEN PLACED IN THE UNITED STATES MAIL THIS DATE, ADDRESSED AS FOLLOWS:

Robert J. Corry, Jr
600 -17th Street
Suite 2800 South Tower
Denver, CO 8020

Colorado Supreme Court
Attorney Regulation Counsel
1300 Broadway, Suite 500
Denver, CO 80203

Mr. Jeffrey P. Colwell, Clerk
U.S. District Court for the District of Colorado
Alfred A. Arraj U.S. Courthouse
901 19th Street, Room A105
Denver, CO 80294

by:   N. Brennan
      Deputy Clerk